Gregory G. Gordon, Esq.
Nevada Bar No. 5334
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
(702) 877-1500
ggordon@lernerandrowe.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEO DOBRZYNSKI, individually,<br><br>          Plaintiff,<br><br>v.<br><br>WALMART INC.;<br>DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-00072-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 4th day of June, 2020.           DATED this 4th day of June, 2020.

LERNER & ROWE INJURY ATTORNEYS           PHILLIPS, SPALLAS & ANGSTADT, LLC

By: /s/ Gregory G. Gordon                               By:/s/ Latisha Robinson
    Gregory G. Gordon, Esq.                                 Latisha Robinson, Esq.
    Nevada Bar No. 5334                                      Nevada Bar No. 15314
    4795 South Durango Drive                              504 S. 9th St.
    Las Vegas, Nevada 89147                              Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*                                     *Attorney for Defendant*

1

**O R D E R**

Upon the stipulation of the parties entered into above,

IT IS ORDERED that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LERNER & ROWE INJURY ATTORNEYS            DATED this 5th day of June, 2020.

By: /s/ Gregory G. Gordon
    Gregory G. Gordon, Esq.
    Nevada Bar No. 5334
    LERNER & ROWE INJURY ATTORNEYS
    4795 South Durango Drive
    Las Vegas, Nevada 89147
    (702) 877-1500
    ggordon@lernerandrowe.com
    *Attorneys for Plaintiff*

2